| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:15-CR-23 |
| | § | |
| MARTILIANO ZAMORA-DAVIS | § | |
| A/K/A | § | |
| SAMUEL JOSUE RODRIGUEZ | § | |

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT**

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Hawthorn conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge. The magistrate judge recommended that the court accept the Defendant's guilty pleas. He further recommended that the court adjudge the Defendant guilty on Counts One and Three of the Indictment filed against the Defendant.

The parties have not objected to the magistrate judge's findings. The court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge are **ADOPTED**. The court accepts the Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report. It is further **ORDERED** that, in accordance with the Defendant's guilty pleas and the magistrate judge's findings and recommendation, the Defendant, Martiliano Zamora-Davis, is adjudged guilty as to Counts One and Three of the Indictment charging

a violation of charged offenses under Title 18, United States Code, Section 1015(e) and Title 42 U.S.C. § 408(a)(7)(B).

SIGNED at Sherman, Texas, this 16th day of June, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE